IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**WAYNE M. LANCASTER,**

    **Plaintiff,**

v.                                      Case No. 1:18cv98-MW/GRJ

**REVERSE MORTGAGE
FUNDING, LLC, et al.,**

    **Defendants.**

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 6. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "This case is **DISMISSED** for lack of subject matter jurisdiction, failure to prosecute, and failure to comply with an order of this Court." The Clerk shall close the file.

**SO ORDERED on July 28, 2018.**

                                              **s/Mark E. Walker         **
                                              **Chief United States District Judge**